IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) | Case No. 1:19-cv-03541-RCL |
| Plaintiff, ) ) | |
| v. ) ) | |
| U.S. DEPARTMENT OF THE TREASURY, ) ) ) | |
| Defendant. ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated April 16, 2020, the parties have conferred and now file this Joint Status Report.

The Internal Revenue Service (the "Service") continues to search for records in its computer systems. Additionally, the Service has identified a small number of potentially responsive records and is reviewing these records for responsiveness at this time. The parties will provide their next joint status report on or before June 15, 2020.

Dated: May 15, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 616-1920
Facsimile: (202) 514-6866
Kieran.O.Carter@usdoj.gov
*Counsel for Defendant*

*/s/ Laura C. Beckerman*
Laura C. Beckerman, Esq.
Nikhel Sus, Esq.
CITIZENS FOR RESPONSIBILITY AND ETHICS
IN WASHINGTON
1101 K Street NW, Suite 201
Washington, D.C. 20005
Telephone: (202) 408-5565
Facsimile: (202) 588-5020
LBeckerman@citizensforethics.org
NSus@citizensforethics.org
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of April 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Laura C. Beckerman
    LBeckerman@citizensforethics.org
    Nikhel Sus
    NSus@citizensforethics.org
    *Counsel for Plaintiff*

                                    */s/ Kieran O. Carter*
                                    KIERAN O. CARTER
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice